CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5:08CR00011 |
| | Civil Action No. 5:09CV80160 |
| v. | **FINAL ORDER** |
| REGINALD PHILLIP WHITE, | By: Hon. Glen E. Conrad |
| Defendant. | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the government's motion to dismiss shall be and hereby is **GRANTED**. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and counsel of record for the government.

**ENTER**: This 16th day of September, 2009.

_/s/ Glen E. Conrad_
United States District Judge